AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA<br>v.<br>JOEY C. PINNER | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 11-po-00003-GJR<br>USM No.<br><br>Stephan Schweissing<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One, Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and<br>C.R.S. § 42-2-101(1) | Operate a Motor Vehicle without a valid drivers license | 10/15/2010 | One |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 50.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 5751

Defendant's Year of Birth: 1959

City and State of Defendant's Residence:
Hotchkiss, CO 81419

02/08/2011
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name and Title of Judge

02/09/2011
Date